ANDREW HAWLEY (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7207

DANIEL JAMES CORDALIS (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

PETER M. K. FROST, *pro hac vice application forthcoming*
SANGYE INCE-JOHANNSEN, *pro hac vice application forthcoming*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT, IDAHO RIVERS UNITED;<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:20-cv-04636<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:   July 13, 2020.

Respectfully submitted,

*/s/ Andrew Hawley*
Andrew Hawley
Daniel James Cordalis
Peter M. K. Frost
Sangye Ince-Johannsen

Attorneys for Plaintiffs