VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, NE
Washington, D. C.  20002
Telephone (202) 514-2741
Facsimile (202) 514-8865

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVERS, AMERICAN WHITEWATER, CALIFORNIA TROUT, and IDAHO RIVERS UNITED,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:20-cv-04636-JSC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |

Please enter the appearance of Vanessa R. Waldref as counsel in the above captioned case for the Defendants.  My address and contact information are as follows:

| | |
|---|---|
| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (not to be used for regular U.S. Mail)** |
| Vanessa R. Waldref<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C.  20026-3986 | Vanessa R. Waldref<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>4 Constitution Square<br>150 M Street, NE<br>Washington, D.C.  20002 |

**TELEPHONE** (202) 514-2741
**FACSIMILE** (202) 514-8865
**E-MAIL** Vanessa.R.Waldref@usdoj.gov

Respectfully submitted,

Date: July 29, 2020

                                          /s Vanessa R. Waldref
                                   VANESSA WALDREF (D.C. Bar No. 989692)
                                   U.S. Department of Justice
                                   Environment & Natural Resources Division
                                   Environmental Defense Section
                                   4 Constitution Square
                                   150 M Street, NE
                                   Washington, D.C.  20002
                                   Telephone (202) 514-2741
                                   Facsimile (202) 514-8865

                                   *Attorney for Defendants*