ANDREW HAWLEY (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

DANIEL JAMES CORDALIS (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

PETER M. K. FROST, *appearance pro hac vice*
SANGYE INCE-JOHANNSEN, *appearance pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs American Rivers,
American Whitewater, California Trout, Idaho Rivers United

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT; IDAHO RIVERS UNITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:20-cv-04636-WHA<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Please take notice that pursuant to Civil L.R. 3-12, Plaintiffs American Rivers *et al.*
3  hereby respectfully file this administrative motion to relate this case and *State of California et al.*
4  *v. Andrew R. Wheeler*, Case No.: 3:20-cv-4869-KAW (*California v. Wheeler*), filed in this
5  district on July 21, 2020.

6  Pursuant to Civil L.R. 3-12(a)(1), this case and *California v. Wheeler* concern
7  substantially the same parties, property, transaction, or event: This case and *California v.*
8  *Wheeler* both challenge the new regulations under Section 401 of the Clean Water Act
9  promulgated by the United States Environmental Protection Agency ("EPA"). In both cases, the
10 named defendants are the same: Andrew R. Wheeler, in his official capacity as EPA
11 Administrator, and the EPA, as a federal agency. In both cases, the plaintiff parties make the
12 same or similar claims against Mr. Wheeler and the EPA regarding the validity and lawfulness of
13 the new Section 401 regulations. In both cases, the plaintiff parties seek the same or similar relief
14 against Mr. Wheeler and the EPA.

15 It appears likely there will be an unduly burdensome duplication of labor and expense, as
16 well as a risk of conflicting rulings on similar legal and factual questions, if the two cases are
17 conducted by different Judges within the same district. Civil L.R. 3-12(a)(2).

18 This case and *California v. Wheeler* satisfy the criteria of Civil L.R. 3-12. Accordingly,
19 Plaintiffs respectfully request that *California v. Wheeler* be deemed a related case and assigned
20 to the Honorable William H. Alsup.

21 Dated: August 7, 2020.        Respectfully submitted,

22                               /s/ Andrew Hawley
                                 Andrew Hawley
23                               Daniel James Cordalis
                                 Peter M. K. Frost
24                               Sangye Ince-Johannsen

25                               Attorneys for Plaintiffs

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was electronically filed with the Clerk of the Court on August 7, 2020, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

In addition, the forgoing motion was served on the plaintiffs in *State of California v. Andrew R. Wheeler*, Case No.: 3:20-cv-4869-KAW, pursuant to an agreement with the plaintiffs' counsel, via electronic mail on:

    Tatiana K. Gaur, Deputy Attorneys General
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
    E-mail: Tatiana.Gaur@doj.ca.gov

    Kelly T. Wood, Assistant Attorney General
    Washington Office of the Attorney General
    Environmental Protection Division
    800 5th Ave Ste. 2000 TB-14
    Seattle, Washington 98104
    E-mail: Kelly.Wood@atg.wa.gov

    Brian Lusignan, Assistant Attorney General
    Office of the Attorney General
    Environmental Protection Bureau
    28 Liberty Street
    New York, NY 10005
    E-mail: brian.lusignan@ag.ny.gov

and on the defendants, via first class mail:

    U.S. Environmental Protection Agency
    1200 Pennsylvania Ave NW
    Washington, DC 20004

    Andrew R. Wheeler, Administrator
    U.S. Environmental Protection Agency
    1200 Pennsylvania Ave NW
    Washington, DC 20004

                                         *s/ Andrew Hawley*
                                         Andrew Hawley

Certificate of Service