UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN RIVERS, et al.,

    Plaintiffs,

  v.

ANDREW R. WHEELER, et al.,

    Defendants.

No. C 20-04636 WHA

**ORDER RE MOTION TO RELATE**

The parties in the case which plaintiffs move to relate (Dkt. No. 22) have been asked for their comment on the pending motion. *See California v. Wheeler*, No. C 20-04869 KAW, Dkt. No. 42. The court appreciates counsel's assistance in filing any comments on this docket.

**IT IS SO ORDERED.**

Dated: August 18, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE