UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT; IDAHO RIVERS UNITED<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No. 3:20-cv-4636<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

The Motion to Intervene filed by the States of Louisiana, Montana, Arkansas, Mississippi, Missouri, Texas, West Virginia, and Wyoming ("State Intervenors") is GRANTED. Their Answer is deemed timely FILED as of this date.

SO ORDERED.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1