XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
ERIC KATZ
Supervising Deputy Attorneys General
CATHERINE M. WIEMAN, SBN 222384
TATIANA K. GAUR, SBN 246227
ADAM L. LEVITAN, SBN 280226
BRYANT B. CANNON, SBN 284496
LANI M. MAHER, SBN 318637
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone:  (213) 269-6329
  Fax:  (916) 731-2128
  E-mail:  Tatiana.Gaur@doj.ca.gov
*Attorneys for Plaintiff State of California, by
and through Attorney General Xavier Becerra
and the State Water Resources Control Board*

*[Additional Plaintiffs and Counsel Listed on
Signature Pages]*

VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, NE
Washington, D. C.  20002
Telephone (202) 514-2741 (Waldref)
Telephone (202) 514-0375 (Hill)
Facsimile (202) 514-8865
*Attorneys for Defendants*

ROBERT W. FERGUSON
Attorney General of Washington
KELLY T. WOOD (*admitted pro hac vice*)
CINDY CHANG (*admitted pro hac vice*)
Assistant Attorney Generals
Washington Office of the Attorney General
Environmental Protection Division
 800 5th Ave Ste. 2000 TB-14
 Seattle, Washington  98104
 Telephone:  (206) 326-5493
 E-mail:  Kelly.Wood@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA AND THE STATE WATER RESOURCES CONTROL BOARD, STATE OF WASHINGTON, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF | Case No. 4:20-cv-04869-KAW **JOINT STATEMENT RE:  MOTION TO RELATE CASES (Dkt. No. 22, Case No. 20-cv-04636-WHA)** |

1

**NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, AND THE DISTRICT OF COLUMBIA,**

Plaintiffs,

**v.**

**ANDREW R. WHEELER, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**

Defendants.

On August 7, 2020, Plaintiffs in *American Rivers et al. v. Andrew R. Wheeler et al.*, Case No. 3:20-cv-04636-WHA (*American Rivers*) filed Administrative Motion to Consider Whether Cases Should Be Related (Dkt. No. 22, Case No. 3:20-cv-04636-WHA), seeking an order relating the two cases and assigning both cases to the Honorable William Alsup.  On August 18, 2020, this Court issued an order directing the parties to file by September 1, 2020 "statements, either jointly or individually, addressing whether this case should be related and reassigned to Judge Alsup pursuant to Civil Local Rule 3-12."  Order Re Motion to Relate, Dkt. 42.

Plaintiffs, the States of California, Washington, New York, Colorado, Connecticut, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Wisconsin, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the California State Water Resources Control Board, by and through their respective Attorneys General (collectively, Plaintiff States) and Defendants Andrew R. Wheeler and the United States Environmental Protection Agency (collectively, "EPA") file this joint statement in response to the Court's Order Re: Motion to Relate, Dkt. No. 42.  Plaintiff States and EPA do not oppose relating this case and the *American Rivers* case because the two cases meet the requirements for Civil Local Rule 3-12.

Civil Local Rule 3-12(a) provides that an action is related to another when:  (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting

2

1    results if the cases are conducted before different Judges. Here, both this case and *American*

2    *Rivers* challenge a final rule promulgated by EPA, *Clean Water Act Section 401 Certification*

3    *Rule*, 85 Fed. Reg. 42,210 (July 13, 2020) and, therefore, concern the same "transaction or event."

4    Further, because the two cases concern the same rule, if they were conducted before different

5    Judges, it is likely that there will be an unduly burdensome duplication of labor and expense, both

6    on the part of the court and the EPA, and there is the possibility of conflicting results on the same

7    or similar legal and factual issues.

8            For these reasons, EPA and Plaintiff States do not oppose relating this case and Case No.

9    3:20-cv-04636-WHA and assigning both cases to Judge Alsup.

10   Dated:  August 31, 2020                                Respectfully Submitted,

11   XAVIER BECERRA                                          ROBERT W. FERGUSON
     Attorney General of California                         Attorney General of Washington
12   SARAH E. MORRISON
     ERIC KATZ                                               /s/ Kelly T. Wood
13   Supervising Deputy Attorneys General                   KELLY T. WOOD
     CATHERINE M. WIEMAN                                     CINDY CHANG
14   ADAM L. LEVITAN                                         Assistant Attorneys General
     BRYANT B. CANNON                                        Washington Office of the Attorney General
15   LANI M. MAHER                                           Environmental Protection Division
     Deputy Attorneys General                               800 5th Avenue, Suite 2000, TB-14
16                                                           Seattle, WA 98104-3188
                                                             Telephone: (206) 326-5493
17   /s/ TATIANA K. GAUR                                     E-mail: Kelly.Wood@atg.wa.gov
     Tatiana K. Gaur, Deputy Attorney General               *Attorneys for Plaintiff State of Washington*
18   *Attorneys for Plaintiff State of California, by*
     *and through Attorney General Xavier Becerra*
19   *and the State Water Resources Control Board*

20    /s/ Leslie M. Hill                                     LETITIA JAMES
                                                             Attorney General of the State of New York
21   LESLIE M. HILL (D.C. Bar No. 476008)
     VANESSA R. WALDREF (D.C. Bar No. 989692)                /s/ Brian Lusignan
22   U.S. Department of Justice                              BRIAN LUSIGNAN, *Pro Hac Vice*
     Environment & Natural Resources Division                Assistant Attorney General
23   Environmental Defense Section                           Office of the Attorney General
                                                             Environmental Protection Bureau
24   4 Constitution Square, 150 M Street, NE                 28 Liberty Street
     Washington, D.C.  20002                                 New York, NY 10005
25   Leslie.Hill@usdoj.gov                                   (716) 853-8465
     Vanessa.R.Waldref@usdoj.gov                             Fax: (716) 853-8579
26   Telephone (202) 514-2741 (Waldref)                      E-mail: brian.lusignan@ag.ny.gov
     Telephone (202) 514-0375 (Hill)                         *Attorneys for Plaintiff State of New York*
27   Facsimile (202) 514-8865
     *Attorneys for Defendants*
28

                                                    3

1  For the STATE OF COLORADO

2  PHILIP J. WEISER
   Attorney General of Colorado

3

4  */s/* Carrie Noteboom
   CARRIE NOTEBOOM, *Pro Hac Vice*
5  ANNETTE QUILL, *Pro Hac Vice*
   Ralph L. Carr Colorado Judicial Center
6  1300 Broadway, 10th Floor
   Denver, CO 80203
7  Telephone: (720) 508-6000
   E-mail: Carrie.noteboom@coag.gov
8  E-mail: Annette.quill@coag.gov

9

10  For the STATE OF ILLINOIS

11  KWAME RAOUL
    Attorney General of Illinois

12

13  */s/* Jason E. James
    MATTHEW J. DUNN *
14  Chief, Environmental Enforcement/Asbestos
    Litigation Division
15  JASON E. JAMES, *Pro Hac Vice*
    Assistant Attorney General
16  69 W. Washington Street, 18th Floor
    Chicago, IL 60602
17  Telephone: (312) 814-0660
    E-mail: jjames@atg.state.il.us
18

19  For the STATE OF MARYLAND

20  BRIAN E. FROSH
    Attorney General of Maryland

21

22  */s/* John B. Howard, Jr.
    JOHN B. HOWARD, JR. *
23  Special Assistant Attorney General
    Office of the Attorney General
24  300 Saint Paul Place, 20th Floor
    Baltimore, MD 21202
25  Telephone: (401) 576-6970
    E-mail: jbhoward@oag.state.md.us
26

27

28

For the STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut

*/s/* Jill Lacedonia
JILL LACEDONIA, *Pro Hac Vice*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Telephone: (860) 808 5250
E-mail: Jill.lacedonia@ct.gov

For the STATE OF MAINE

AARON M. FREY
Attorney General of Maine

*/s/* Jillian R. O'Brien
JILLIAN R. O'BRIEN, CA SBN 251311
Assistant Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8800
E-mail: Jill.obrien@maine.gov

For the COMMONWEALTH OF
MASSACHUSETTS

MAURA HEALEY
Attorney General of Massachusetts

*/s/* Matthew Ireland
MATTHEW IRELAND *
TURNER SMITH
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
E-mail: Matthew.ireland@mass.gov
E-mail: Turner.smith@mass.gov

For the STATE OF MICHIGAN

DANA NESSEL
Attorney General of Michigan

/s/ Gillian E. Wener
GILLIAN E. WENER*
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
Telephone: (517) 335-7664
E-mail: wenerg@michigan.gov

For the STATE OF NEVADA

AARON D. FORD
Attorney General of Nevada

/s/ Heidi Parry Stern
HEIDI PARRY STERN, *Pro Hac Vice*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
E-mail: hstern@ag.nv.gov

For the STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General of New Mexico

/s/ William G. Grantham
WILLIAM G. GRANTHAM*
Assistant Attorney General
Consumer & Environmental Protection Division
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Telephone: (505) 717-3520
E-mail: wgrantham@nmag.gov

For the STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

/s/ Peter N. Surdo
PETER N. SURDO, *Pro Hac Vice*
Special Assistant Attorney General
Minnesota Attorney General
445 Minnesota St.
Town Square Tower Suite 1400
St. Paul, MN 55101
Telephone: (651) 757-1061
E-mail: Peter.surdo@ag.state.mn.us

For the STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General of New Jersey

/s/ Lisa Morelli
LISA MORELLI, Cal. SBN 137092
Deputy Attorney General
Environmental Permitting and Counseling
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625
Telephone: (609) 376-2804
E-mail: Lisa.Morrelli@law.njoag.gov

For the STATE OF NORTH CAROLINA

JOSHUA H. STEIN
Attorney General of North Carolina

/s/ Taylor H. Crabtree
DANIEL S. HIRSCHMAN
Senior Deputy Attorney General
TAYLOR H. CRABTREE, *Pro Hac Vice*
Assistant Attorney General
ASHER P. SPILLER*
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6400
E-mail: tcrabtree@ncdoj.gov
E-mail: aspiller@ncdoj.gov

5

1    For the STATE OF OREGON

2    ELLEN F. ROSENBLUM
     Attorney General of Oregon

3

4    */s/ Paul Garrahan*
     PAUL GARRAHAN, *Pro Hac Vice*

5    Attorney-in-Charge
     Natural Resources Section

6    Oregon Department of Justice
     1162 Court St. NE

7    Salem, OR 97301
     Telephone: (503) 947-4593

8    E-mail: Paul.garrahan@doj.state.or.us

9

     For the STATE OF VERMONT

10
     THOMAS J. DONOVAN, JR.

11   Attorney General of Vermont

12

     */s/ Laura B. Murphy*

13   LAURA B. MURPHY, *Pro Hac Vice*
     Assistant Attorney General

14   Vermont Attorney General's Office
     Environmental Protection Division

15   109 State Street
     Montpelier, VT 05609

16   Telephone: (802) 828-3186
     E-mail: laura.murphy@vermont.gov

17

18   FOR THE STATE OF WISCONSIN

19   JOSHUA L. KAUL
     Attorney General of Wisconsin

20

21   */s/ Gabe Johnson-Karp*
     GABE JOHNSON-KARP, *Pro Hac Vice*

22   Assistant Attorney General
     Wisconsin Department of Justice

23   Post Office Box 7857
     Madison, WI 53702-7857

24   Telephone: (608) 267-8904
     Fax: (608) 267-2223

25   Email: johnsonkarpg@doj.state.wi.us

26   * *Application for admission pro hac vice*
     *pending or forthcoming*

27

28

For the STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Alison B. Hoffman*
ALISON B. HOFFMAN, *Pro Hac Vice*
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
E-mail: ahoffman@riag.ri.gov

For the COMMONWEALTH OF VIRGINIA

MARK R. HERRING
Attorney General of Virginia

/s/ David C. Grandis
DONALD D. ANDERSON
Deputy Attorney General
PAUL KUGELMAN, JR.
Senior Assistant Attorney General
Chief, Environmental Section
DAVID C. GRANDIS, *Pro Hac Vice*
Senior Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 225-2741
E-mail: dgrandis@ oag.state.va.us

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General for the District of
Columbia

*/s/  Brian Caldwell*
BRIAN CALDWELL, *Pro Hac Vice*
Assistant Attorney General
Social Justice section
Office of the Attorney General for the
District of Columbia
441 Fourth Street, N.W. Ste. #600-S
Washington, D.C. 20001
Telephone: (202) 727-6211
E-mail: Brian.caldwell@dc.gov

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 31, 2020          _____/s/ Tatiana K. Gaur_____
                                 Tatiana K. Gaur

LA2020302450
63551604.docx

JOINT STATEMENT RE: MOTION TO RELATE CASES (Case No. 4:20-cv-04869-KAW)

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v. Andrew Wheeler, et al.**

Case No.:    **4:20-cv-04869-KAW**

I hereby certify that on <u>August 31, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATEMENT RE:  MOTION TO RELATE CASES**
**(Dkt. No. 22, Case No. 20-cv-04636-WHA)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 31, 2020</u>, at Los Angeles, California.

| | |
|---|---|
| Beatriz Davalos | /s/ Beatriz Davalos |
| Declarant | Signature |

LA2020302450
63520319.docx