AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; IDAHO RIVERS UNITED; CALIFORNIA TROUT <br><br> *Plaintiff(s)* <br> v. <br> ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY <br> *Defendant(s)* | Civil Action No. 3:20-cv-04636 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew R. Wheeler, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Hawley
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: July 13, 2020

Felicia Brown
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-04636

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Andrew R. Wheeler, Administrator U.S. Environmental Protection Agency**

was received by me on *(date)* **07/14/2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Copies of the summons, complaint, plaintiffs' certification of interested entities or persons, and all case initiating documents were sent via U.S. Postal Service first class, certified mail, return receipt requested on July 17, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the Northern District of California, and to the U.S. Attorney General. See attached receipts & usps.com tracking info.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/24/2020**

_____
Server's signature

**Dina M. Gonzales, Administrative Coordinator**
Printed name and title

**Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571**
Server's address

Additional information regarding attempted service, etc:

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIO...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ×

**Tracking Number:** 70181830000210729652

Your item was delivered to an individual at the address at 7:42 am on July 22, 2020 in WASHINGTON, DC 20460.

## ⊘ Delivered

July 22, 2020 at 7:42 am
Delivered, Left with Individual
WASHINGTON, DC 20460

Get Updates ∨

Text & Email Updates ∨

Return Receipt Electronic ∨

Tracking History ∧

July 22, 2020, 7:42 am
Delivered, Left with Individual
WASHINGTON, DC 20460
Your item was delivered to an individual at the address at 7:42 am on July 22, 2020 in WASHINGTON, DC 20460.

July 22, 2020, 5:59 am
Arrived at Unit
WASHINGTON, DC 20018

July 21, 2020
In Transit to Next Facility

July 17, 2020, 10:33 pm
Departed USPS Origin Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 9:18 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 5:21 pm
Departed Post Office
TAOS, NM 87571

July 17, 2020, 4:45 pm
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20460   OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0571 |
| $ | | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☒ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $2.00 | | |
| $ | | | |
| Total Postage and Fees | $7.25 | | 07/17/2020 |

Sent To  Andrew R. Wheeler, Administrator
Street and Apt. No., or PO  U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
City, State, ZIP+4®  Mail Code: 1101A
Washington, DC 20460

PS Form 3800, April 20



July 23, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9652**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 22, 2020, 7:42 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAI...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**
Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210729706

Your item was delivered to an individual at the address at 1:12 pm on July 20, 2020 in SAN FRANCISCO, CA 94102.

✓ **Delivered**
July 20, 2020 at 1:12 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

Get Updates ∨

Text & Email Updates

Return Receipt Electronic

Tracking History

July 20, 2020, 1:12 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
Your item was delivered to an individual at the address at 1:12 pm on July 20, 2020

July 20, 2020
In Transit to Next Facility

July 19, 2020, 4:20 pm
Departed USPS Regional Destination Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

July 19, 2020, 3:54 am
Arrived at USPS Regional Destination Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

July 17, 2020, 9:18 pm
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 9:18 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 5:21 pm
Departed Post Office
TAOS, NM 87571

July 17, 2020, 4:45 pm
USPS in possession of item
TAOS, NM 87571





July 21, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9706**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 20, 2020, 1:12 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAI...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More [https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action]

Remove ✕

**Tracking Number:** 70181830000210729690

Your item was delivered at 4:47 am on July 23, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

July 23, 2020 at 4:47 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

Return Receipt Electronic ∨

Tracking History ∧

July 23, 2020, 4:47 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:47 am on July 23, 2020 in WASHINGTON, DC 20530.

July 22, 2020, 10:49 am
Available for Pickup
WASHINGTON, DC 20530

July 22, 2020, 6:30 am
Arrived at Unit
WASHINGTON, DC 20018

July 21, 2020
In Transit to Next Facility

July 17, 2020, 9:18 pm
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 9:18 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 17, 2020, 5:21 pm
Departed Post Office
TAOS, NM 87571

July 17, 2020, 4:45 pm
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20530
Certified Mail Fee $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $____
☒ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.00
Total Postage and Fees $7.25
Sent To United States Attorney General
Street and Apt. No., or PO Box No U.S. Department of Justice
City, State, ZIP+4® 950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
PS Form 3800, April 2015



July 23, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9690**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | July 23, 2020, 4:47 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004