Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN RIVERS, et al;, )
)  Case No: 3:20-cv-04636
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
ANDREW R. WHEELER, et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

   I, Deidre G. Duncan, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Petroleum Institute & Interstate Natural Gas Ass'n of America in the above-entitled action. My local co-counsel in this case is M. Clare Ellis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hunton Andrews Kurth LLP | Hunton Andrews Kurth LLP |
| 2200 Pennsylvania Ave, NW Suite 900 | 50 California Street, Suite 1700 |
| Washington, DC 20037-1701 | San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 955-1919 | (415) 975-3708 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dduncan@HuntonAK.com | cellis@HuntonAK.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 461548.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/04/20

Deidre G. Duncan
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Deidre G. Duncan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 8, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE