ANDREW HAWLEY (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

DANIEL JAMES CORDALIS (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

PETER M. K. FROST, *appearance pro hac vice*
SANGYE INCE-JOHANNSEN, *appearance pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs American Rivers,
American Whitewater, California Trout, Idaho Rivers United

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT; IDAHO RIVERS UNITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 3:20-cv-04636-WHA<br><br>**PLAINTIFFS' STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE BY THE STATES OF LOUISIANA, MONTANA, ARKANSAS, MISSISSIPPI, MISSOURI, TEXAS, WEST VIRGINIA, AND WYOMING**<br><br>Hearing Date: Oct. 8, 2020<br>Hearing Time: 08:00 a.m. |

Please take notice that pursuant to Civ. L.R. 7-3(b), Plaintiffs American Rivers *et al.* hereby respectfully file this Statement of Nonopposition to the motion to intervene filed by the State of Louisiana *et al.* Dkt. #27.

Dated: September 11, 2020.            Respectfully submitted,

*/s/ Andrew Hawley*
Andrew Hawley
Daniel James Cordalis
Peter M. K. Frost
Sangye Ince-Johannsen

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Statement of Nonopposition was electronically filed with the Clerk of the Court on September 11, 2020, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

                                             *s/ Andrew Hawley*
                                             Andrew Hawley