UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN RIVERS, et al.,

        Plaintiffs,

  v.

ANDREW R. WHEELER, et al.,

        Defendants.

No.  C 20-04636 WHA

**ORDER RE MOTION TO RELATE**

Plaintiffs move to relate *Suquamish Tribe v. Wheeler*, No. C 20-06137 CRB to this case. Neither the agency nor the plaintiffs in *California v. Wheeler*, No. C 20-04869 WHA oppose, and the undersigned is inclined to grant the motion because the tribes raise additional concerns with the agency's rulemaking.  However, because the tribes raise these unique concerns, the undersigned requests their comment about whether their case should be related.  Counsel for plaintiffs here shall please serve this order on the plaintiffs in No. C 20-06137 CRB and solicit their opposition or assent to the motion to relate by **SEPTEMBER 24 AT NOON**.

**IT IS SO ORDERED.**

Dated:  September 17, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE