ANDREW HAWLEY (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

DANIEL JAMES CORDALIS (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

PETER M. K. FROST, *appearance pro hac vice*
SANGYE INCE-JOHANNSEN, *appearance pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs American Rivers,
American Whitewater, California Trout, Idaho Rivers United

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN RIVERS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANDREW R. WHEELER, *et al.*,<br><br>　　　　Defendants,<br><br>　and<br><br>STATE OF LOUISIANA, *et al.*,<br><br>　　　　Defendant-Intervenors. | Case No. 3:20-cv-04636-WHA<br><br>**DECLARATION PURSUANT TO CIVIL L.R. 7-11(a) IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Declaration of Andrew Hawley in Support of Administrative Motion to Consider Whether Cases Should be Related, No. 3:20-cv-04636-WHA

Page 1

I, Andrew Hawley, declare:

1. I am attorney of record for Plaintiffs American Rivers, *et al*. in the above captioned case. I make this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related to relate the above captioned case and *Suquamish Tribe et al. v. Wheeler et al.*, Case No.: 3:20-cv-06137. Dkt. No. 60 ("Administrative Motion"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On September 17, 2020, the Court stated it was "inclined to grant the motion" but "because the tribes raise [additional] unique concerns [with the agency's rulemaking,]" the Court requested "their comment about whether their case should be related." Dkt. 63. The Court ordered that "[c]ounsel for plaintiffs here shall please serve this order on the plaintiffs in No. C 20-06137 CRB and solicit their opposition or assent to the motion to relate by SEPTEMBER 24 AT NOON." *Id*.

3. On September 17, 2020, I sent that Order to counsel for Plaintiffs in No. C 20-06137 CRB and requested their position on the Administrative Motion.

4. On September 18, 2020, counsel for Plaintiffs in No. C 20-06137 CRB responded that the Plaintiffs Suquamish Tribe, *et al*. support relating the cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 23rd day of September, 2020, at Seattle, Washington.

                                                */s/ Andrew Hawley*
                                                Andrew Hawley
                                                Western Environmental Law Center
                                                1402 3rd Avenue, Ste. 1022
                                                Seattle, Washington 98101
                                                hawley@westernlaw.org
                                                tel: 206-487-7250

Declaration of Andrew Hawley in Support of Administrative Motion to Consider Whether Cases Should be Related, No. 3:20-cv-04636-WHA

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was electronically filed with the Clerk of the Court on September 23, 2020, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

In addition, the forgoing motion was served on the parties in *Suquamish Tribe v. Wheeler*, 3:20-cv-06137-JCS, via electronic mail.

*s/ Andrew Hawley*  
Andrew Hawley