Andrew Hawley (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

Daniel James Cordalis (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

Peter M. K. Frost, *appearance pro hac vice*
Sangye Ince-Johannsen, *appearance pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

*Attorneys for Plaintiffs American Rivers,
American Whitewater, California Trout, Idaho Rivers United*

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| AMERICAN RIVERS, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>ANDREW R. WHEELER, *et al.*,<br><br>              Defendants,<br><br>      and<br><br>STATE OF LOUISIANA, *et al.*,<br><br>              Defendant-Intervenors. | Case No. 3:20-cv-04636-WHA<br><br>**STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA                                                                                              Page 1

# STIPULATION

Plaintiffs American Rivers *et al.*, Defendants Andrew R. Wheeler *et al.*, and Defendant-Intervenors the State of Louisiana *et al.*, hereby stipulate to and request that the Court enter an order setting forth a briefing schedule for Defendants' Motion to Dismiss, Defendant-Intervenors' planned motion to dismiss, and Plaintiffs' possible First Amended Complaint. In support of this stipulation, the parties state as follows:

WHEREAS, 1. Plaintiffs filed their original Complaint on July 13, 2020 (Dkt. No. 1);

WHEREAS, Defendants filed a motion to dismiss Plaintiffs' Complaint on September 15, 2020 (Dkt. No. 59);

WHEREAS, under Civil L.R. 7-3(a)-(b), Plaintiffs' opposition to Defendants' motion to dismiss is due within 14 days of Defendants' motion, on September 29, 2020 and Defendants' reply is due October 6, 2020;

WHEREAS, the Court set a hearing on Defendants' motion to dismiss for November 4, 2020 (Dkt. No. 61);

WHEREAS, Defendant-Intervenors State of Louisiana *et al.*, were granted intervention on September 17, 2020, and were ordered to "answer or move to dismiss the complaint[ ]" by September 30, 2020 (Dkt. No. 62);

WHEREAS, Defendant-Intervenors intend to file a motion to dismiss and have requested additional time to file the motion;

WHEREAS, Plaintiffs are considering filing a First Amended Complaint in lieu of an opposition to Defendants' motion to dismiss;

WHEREAS, the parties have met and conferred to discuss a schedule for the filing of the Defendant-Intervenors' motion to dismiss, the deadline for Plaintiffs' opposition to Defendants' and Defendant-Intervenors' motions to dismiss or amended complaint, and the deadline for Defendants' and Defendant-Intervenors' reply brief, and the parties have agreed that they would benefit from extended time;

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA                                                                                                  Page 2

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiffs, Defendants, and Defendant-Intervenors stipulate to and request that the Court enter an order setting the following schedule:

| Description | Due Date |
| --- | --- |
| Defendant-Intervenors' Motion to Dismiss | October 5, 2020 |
| Plaintiffs' Consolidated Response to Defendants' Motion to Dismiss and Defendant-Intervenors' Motion to Dismiss or First Amended Complaint | October 23, 2020 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss and Defendant-Intervenors' Reply in Support of Defendants Intervenors' Motion to Dismiss (if no amended complaint is filed) | November 6, 2020 |

/s/ Andrew Hawley
Andrew Hawley (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
Tel: 206-487-7250

Daniel James Cordalis (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
Tel: 303-717-4618

Peter M. K. Frost, appearance *pro hac vice*
Sangye Ince-Johannsen, appearance *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
Tel: 541-359-3238 / 541-778-6626

*Attorneys for Plaintiffs*

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA                                                                                           Page 3

/s/ Leslie M. Hill
Leslie M. Hill (D.C. Bar No. 476008)
Vanessa R. Waldref (D.C. Bar No. 989692)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square, 150 M Street, NE
Washington, D.C. 20002
Leslie.Hill@usdoj.gov
Vanessa.R.Waldref@usdoj.gov
Tel: (202) 514-2741 (Waldref)
Tel: (202) 514-0375 (Hill)
Facsimile (202) 514-8865

*Attorneys for Defendants*


/s/Bradley A. Benbrook
Bradley A. Benbrook (Ca 177786)
Stephen M. Duvernay (CA 250957)
Benbrook Law Group, P.C.
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
Tel: (916) 447-4900

*Counsel for State Intervenors*

Jeff Landry
Attorney General of Louisiana

/s/ Joseph S. St. John
Elizabeth B. Murrill appearance *pro hac vice*
Solicitor General
Joseph S. St. John appearance *pro hac vice*
Deputy Solicitor General
Ryan M. Seidemann appearance *pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
seidemannr@ag.louisiana.gov

*Attorneys for the State of Louisiana*

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA     Page 4

## DECLARATION OF ANDREW HAWLEY

I, Andrew Hawley, declare:

1. I am attorney of record for Plaintiffs American Rivers, *et al.* in the above captioned case. I submit this declaration pursuant to Local Rule 6-2. I have personal knowledge of the contents of this declaration, and I could and would testify competently to the following if called upon to do so.

2. The parties seek the requested enlargement of time for the Defendant-Intervenors to file a motion to dismiss and for plaintiffs to respond to arguments raised in the motions to dismiss. The extensions requested will allow for the efficient disposition of the motions to dismiss and allow the parties to propose an appropriate schedule for resolving any future motions as part of the Joint Case Management Schedule, currently due October 15, 2020.

3. There have been no prior time modifications in the case, whether by stipulation or Court order.

4. Adopting the proposed schedule in this case will extend the deadline to file an answer or motion to dismiss set by the Order granting intervention to the State of Louisiana, *et al.* (Dkt. No. 62), and the deadline under the Federal Rule of Civil Procedure 15(a), and the Local Rules 7-2 and 7-3, for the Plaintiffs to file either an opposition or amended complaint in response to the motions to dismiss These extensions will not affect the schedule for this case. The Joint Case Management Statement is due on October 15, 2020 and the Initial Case Management Conference is scheduled for October 22, 2020. *See* Dkt. No. 49.

5. Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of Leslie M. Hill, Bradley A. Benbrook, and Joseph S. St. John to file this stipulation with their electronic signatures.

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA                                                                                           Page 1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 25th day of September, 2020, at Seattle, Washington.

/s/ Andrew Hawley
Andrew Hawley
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

STIPULATION REGARDING BRIEFING DEADLINES FOR MOTIONS TO DISMISS OR PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

No. 3:20-cv-04636-WHA                                                                                                         Page 2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

                                                                _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation was electronically filed with the Clerk of the Court on September 25, 2020, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

*/s/ Andrew Hawley*
Andrew Hawley
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250