UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN RIVERS, et al.,

    Plaintiffs,

v.

ANDREW R. WHEELER, et al.,

    Defendants,

  and

STATE OF LOUISIANA, et al.,

    Defendant-Intervenors.

No. C 20-04636 WHA

**ORDER RE SCHEDULING**

Should plaintiffs respond to defendants' motion to dismiss on September 29, then defendant intervenor's response to the claim, be it an answer or a motion to dismiss, will remain due September 30. If, as alluded in the parties' joint stipulation, plaintiffs file an amended complaint instead, then defendants and defendant-intervenors may respond within fourteen days, per Rule 15.

**IT IS SO ORDERED.**

Dated: September 28, 2020.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE