MONEEN NASMITH (NY Bar # 4427704)
*[Admitted Pro Hac Vice]*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7384
mnasmith@earthjustice.org

KRISTEN L. BOYLES (CA Bar # 158450)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org

GUSSIE LORD (DC Bar # 1009826)
*[Admitted Pro Hac Vice]*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(720) 402-3764
glord@earthjustice.org

THOMAS S. WALDO (AK Bar # 9007047)
*[Admitted Pro Hac Vice]*
OLIVIA GLASSCOCK (AK Bar # 1809072)
*[Admitted Pro Hac Vice]*
Earthjustice
325 4th Street
Juneau, AK 99801
(907) 500-7123 / (907) 500-7134
twaldo@earthjustice.org
oglasscock@earthjustice.org

*Attorneys for Plaintiffs*

NATHAN MATTHEWS (CA Bar # 264248)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5695
nathan.matthews@sierraclub.org

*Local Counsel and Attorney for Sierra Club*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**CLEAN WATER ACT RULEMAKING**

**This document relates to:**

**ALL ACTIONS**

Case No. 3:20-cv-04636-WHA
Case No. 3:20-cv-04869-WHA
Case No. 3:20-cv-06137-WHA

(Consolidated)

**RESPONSE TO EPA'S BRIEF CHALLENGING ORDER REQUIRING A PRIVILEGE LOG**

Plaintiffs Suquamish Tribe, Pyramid Lake Paiute Tribe, Orutsararmiut Native Council, Columbia Riverkeeper, and Sierra Club join the arguments presented by Plaintiff States in Response to EPA's Objection to a Privilege Log.

DATED: November 5, 2020

Respectfully submitted,

/s/ *Moneen Nasmith*


MONEEN NASMITH (NY Bar # 4427704)
*[Admitted Pro Hac Vice]*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7384
mnasmith@earthjustice.org

KRISTEN L. BOYLES (CA Bar #158450)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org

GUSSIE LORD (DC Bar # 1009826)
*[Admitted Pro Hac Vice]*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(720) 402-3764
glord@earthjustice.org

THOMAS S. WALDO (AK Bar # 9007047)
*[Admitted Pro Hac Vice]*

OLIVIA GLASSCOCK (AK Bar # 1809072)
*[Admitted Pro Hac Vice]*
Earthjustice
325 4th Street
Juneau, AK 99801
(907) 500-7123 / (907) 500-7134
twaldo@earthjustice.org
oglasscock@earthjustice.org

*Attorneys for Plaintiffs*

NATHAN MATTHEWS (CA Bar #264248)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5695
nathan.matthews@sierraclub.org

*Local Counsel and Attorney for Sierra Club*