ERIC GRANT
Deputy Assistant Attorney General
VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.1133 (Waldref)/4.149 (Hill)
Washington, D. C.  20002
Telephone:   (202) 514-2741 (Waldref)
                     (202) 514-0375 (Hill)
Facsimile: (202) 514-8865

*Attorneys for Defendants*

[additional attorneys listed in signature blocks]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking<br><br><br>Relates to ALL ACTIONS | Case No. 3:20-cv-04636-WHA (consolidated)<br><br>**JOINT STIPULATION REGARDING SCOPE AND TIMELINE FOR COMPLETION OF THE RECORD AND PRODUCTION OF A PRIVILEGE LOG** |

On July 13, 2020, Defendants promulgated a final rule entitled "Clean Water Act Section 401 Certification Rule," 85 Fed. Reg. 42,210 (July 13, 2020) (the "Certification Rule" or "Rule"). This litigation challenges that rulemaking.

On October 5, 2020, Defendants lodged with the Court their Certified Index to the Administrative Record. Dkt. No. 85 ("Administrative Record Index"). On October 23, 2020, the Court issued its Case Management Scheduling Order, which states that Defendants "shall provide a privilege log to the administrative record," but allowed Defendants to "challenge the scope of this requirement" via motion practice. Dkt. No. 103. On November 12, 2020, following such motion practice regarding the scope of the administrative record requirement, the Court entered an Order requiring Defendants "to complete the administrative record and/or produce a log of documents withheld as privileged." Dkt. No. 108 at 5 ("Order"). In recognition of "the time and effort required for compliance with this order," the Court ordered the parties to "meet, confer, and propose a stipulated order delineating the scope and timeline for completion of the record and production of a privilege log." Dkt. No. 108 at 3. The Order also provided that, if "necessary, the parties shall propose amendments to the case management scheduling order." *Id*.

Having met and conferred, the parties hereby stipulate to the following approach to provide a supplemental document production and privilege log. During the meet and confer process, Defendants provided Plaintiffs a proposed list of categories of documents and custodians, a copy of which is attached hereto as Exhibit A. The parties agreed upon a phased approach to production of the complete administrative record relating to the Rule and a privilege log. Plaintiffs accordingly have prioritized certain of those categories for production. Plaintiffs maintain numerous objections to the content of the Administrative Record Index and/or privilege log. However, as to the parties' proposed process to move this case forward, the parties hereby stipulate to the following amendments to the Case Management Scheduling Order, Dkt. No. 89:

1. Defendants shall complete a search for and add to the administrative record all documents[1] from 22 custodians identified by EPA in categories O-R (documents between United States Environmental Protection Agency ("EPA") and third parties discussing: Executive Order 13,868; the Notice of Proposed Rulemaking, 84 Fed. Reg. 44,080; and the Certification Rule, 85 Fed. Reg. 42,210 (including the response to comments ("RTC") and supporting materials) (collectively, the "E.O., NPRM, and the Certification Rule"). EPA will identify these documents, in part, by searching for all documents related to the E.O., NPRM, and the Certification Rule sent to, or from, non-federal governmental email addresses, excluding EPA contractors. By **January 28, 2021**, Defendants shall add to the administrative record with any such documents directly or indirectly considered by EPA. The parties will meet and confer regarding both the date and method of producing the administrative record to the parties.

2. By **February 25, 2021**, Defendants shall complete a search for all non-privileged documents directly or indirectly considered by EPA, and produce a categorical privilege log for all documents for which a privilege may be asserted between EPA and the Office of Management and Budget ("OMB") and/or the Executive Office of the President ("EOP") discussing the E.O., NPRM, and the Certification Rule) from the 22 custodians identified by EPA. EPA will identify these documents by searching its database for all documents related to the E.O., NPRM, and the Certification Rule sent to, or from, email addresses corresponding to individuals in OMB or EOP. To expedite production of this log, EPA will provide a categorical log[2] of deliberative documents, without

---

[1] Documents includes but is not limited to any communications, electronic mail, letters, memoranda, drafts, comments, comments on draft documents, meeting notes, and phone records or notes.

[2] A categorical privilege log shall contain the following the columns: Category Description, Date, Document Type, Sender(s)/Recipient(s)/Copyee(s), Subject, Privilege Category Asserted.

waiver of the deliberative process privilege or any other privilege. The parties will meet and confer regarding the timing of production of non-privileged documents. By **March 11, 2021**, Plaintiffs shall identify any categorical privilege log entries for which they request a privilege log that includes descriptions of the privilege(s) asserted, to include substantiation of deliberate process privilege and/or any other privilege. Defendants shall provide such privilege log by **April 1, 2021**.

3. By **March 11, 2021**, Defendants shall complete a search of the electronic databases of and hard copy documents maintained by the following custodians: Andrew Wheeler, David Ross, Anna Wildeman, Owen McDonough, Jessica Kramer, Brian Frazer, Michael McDavitt, Lauren Kasparek, and John Goodin and will add to the record all non-privileged documents directly or indirectly considered by EPA and produce a categorical privilege log for internal EPA documents discussing communications from industry commenters for which a privilege may be asserted. The parties will meet and confer as to whether additional custodians should be added. Defendants will identify these documents by searching for all documents related to the E.O., NPRM, and the Certification Rule that contain the company or personal names of industry commenters, including any trade organizations. Defendants are not required to log documents that reflect communications only between one or more of the above custodians or other EPA employees and attorneys in EPA's Office of General Counsel and any responses thereto. However, email chains that begin with communications only between the above custodians and attorneys in EPA's Office of General Counsel, but that also include non-privileged communications with a third party shall be produced after redaction of any privileged material. The parties will meet and confer regarding the date of the production of these redacted documents.

4. For all other documents, the parties will meet and confer by **April 15, 2021** to determine the need for and scope of any further searches to produce documents

to complete the administrative record and the requirement to provide a privilege log (which would be a categorical log).

5. The start date of Defendants' search will be June 11, 2018. Plaintiffs reserve the right to request a privilege log for documents dating back to January 1, 2017, for select custodians and/or search terms after review of Defendants' privilege log and supplemental document production. If Plaintiffs so request, Defendants reserve the right to object, and the parties will meet and confer regarding production of documents dated prior to June 11, 2018.

6. The parties stipulate to and request that the Court enter an order modifying the Case Management Scheduling Order (Dkt. No. 89), striking all deadlines and requiring the parties to file a joint status report by **April 29, 2021**, regarding the progress of Defendants' privilege review and the parties' position on setting deadlines for motions relating to disputes around the administrative record and for summary judgment.

Respectfully submitted,

Date: November 24, 2020

ERIC GRANT
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*s/Leslie M. Hill*
VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, NE
Suite 4.1133 (Waldref)/4.149 (Hill)
Washington, D. C. 20002
Telephone:  (202) 514-2741 (Waldref)
                   (202) 514-0375 (Hill)
Facsimile (202) 514-8865

*Attorneys for Defendants*

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>TATIANA K. GAUR<br>ADAM L. LEVITAN<br>BRYANT B. CANNON<br>LANI M. MAHER<br>Deputy Attorneys General<br><br>/s/ Catherine M. Wieman<br>CATHERINE M. WIEMAN, Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra and the State Water Resources Control Board* | ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>/s/ Kelly T. Wood<br>KELLY T. WOOD (*admitted pro hac vice*)<br>CINDY CHANG (*admitted pro hac vice*)<br>Assistant Attorneys General<br>Washington Office of the Attorney General<br>Environmental Protection Division<br>800 5th Avenue, Suite 2000, TB-14<br>Seattle, WA 98104-3188<br>Telephone: (206) 326-5493<br>E-mail: Kelly.Wood@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| For the STATE OF NEW YORK<br><br>LETITIA JAMES<br>Attorney General of New York<br><br>/s/ Brian Lusignan<br>BRIAN LUSIGNAN (*admitted pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (716) 853-8465<br>Fax: (716) 853-8579<br>E-mail: brian.lusignan@ag.ny.gov | For the STATE OF COLORADO<br><br>PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Carrie Noteboom<br>CARRIE NOTEBOOM (*admitted pro hac vice*)<br>ANNETTE QUILL (*admitted pro hac vice*)<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6000<br>E-mail: Carrie.noteboom@coag.gov<br>E-mail: Annette.quill@coag.gov |
| For the STATE OF CONNECTICUT<br><br>WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Jill Lacedonia<br>JILL LACEDONIA, (*admitted pro hac vice*)<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Ave.<br>Hartford, CT 06106<br>Telephone: (860) 808 5250<br>E-mail: Jill.lacedonia@ct.gov | For the STATE OF ILLINOIS<br><br>KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Jason E. James<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>JASON E. JAMES (*admitted pro hac vice*)<br>Assistant Attorney General<br>69 W. Washington Street, 18th Floor<br>Chicago, IL 60602<br>Telephone: (312) 814-0660<br>E-mail: jjames@atg.state.il.us |

| | | |
|---|---|---|
| 1 | For the STATE OF MAINE | For the STATE OF MARYLAND |
| 2 | AARON M. FREY<br>Attorney General of Maine | BRIAN E. FROSH<br>Attorney General of Maryland |
| 3 | | |
| 4 | */s/* Jillian R. O'Brien | */s/* John B. Howard, Jr.<br>JOHN B. HOWARD, JR. * |
| 5 | JILLIAN R. O'BRIEN, CA SBN 251311<br>Assistant Attorney General | Special Assistant Attorney General<br>Office of the Attorney General |
| 6 | 6 State House Station<br>Augusta, ME 04333 | 300 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202 |
| 7 | Telephone: (207) 626-8800<br>E-mail: Jill.obrien@maine.gov | Telephone: (401) 576-6970<br>E-mail: jbhoward@oag.state.md.us |
| 8 | | |
| 9 | For the COMMONWEALTH OF MASSACHUSETTS | For the STATE OF MICHIGAN |
| 10 | MAURA HEALEY<br>Attorney General of Massachusetts | DANA NESSEL<br>Attorney General of Michigan |
| 11 | | */s/* Gillian E. Wener |
| 12 | */s/* Matthew Ireland<br>MATTHEW IRELAND (*admitted pro hac vice*) | GILLIAN E. WENER*<br>Assistant Attorney General |
| 13 | TURNER SMITH (*admitted pro hac vice*)<br>Assistant Attorneys General | Michigan Department of Attorney General<br>Environment, Natural Resources and |
| 14 | Office of the Attorney General<br>Environmental Protection Division | Agriculture Division<br>P.O. Box 30755 |
| 15 | One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Lansing, MI 48909<br>Telephone: (517) 335-7664 |
| 16 | Telephone: (617) 727-2200<br>E-mail: Matthew.ireland@mass.gov | E-mail: wenerg@michigan.gov |
| 17 | E-mail: Turner.smith@mass.gov | |
| 18 | For the STATE OF MINNESOTA | For the STATE OF NEVADA |
| 19 | KEITH ELLISON | AARON D. FORD |
| 20 | Attorney General of Minnesota | Attorney General of Nevada |
| 21 | | |
| 22 | */s/* Peter N. Surdo<br>PETER N. SURDO (*admitted pro hac vice*) | */s/* Heidi Parry Stern<br>HEIDI PARRY STERN (*admitted pro hac vice*) |
| 23 | Special Assistant Attorney General<br>Minnesota Attorney General | Solicitor General<br>Office of the Nevada Attorney General |
| 24 | 445 Minnesota St.<br>Town Square Tower Suite 1400 | 555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101 |
| 25 | St. Paul, MN 55101<br>Telephone: (651) 757-1061 | E-mail: hstern@ag.nv.gov |
| 26 | E-mail: Peter.surdo@ag.state.mn.us | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| For the STATE OF NEW JERSEY | For the STATE OF NEW MEXICO |
| GURBIR S. GREWAL<br>Attorney General of New Jersey | HECTOR BALDERAS<br>Attorney General of New Mexico |
| /s/ Lisa Morelli<br>LISA MORELLI, CA SBN 137092<br>Deputy Attorney General<br>Environmental Permitting and Counseling<br>R.J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625<br>Telephone: (609) 376-2804<br>E-mail: Lisa.Morrelli@law.njoag.gov | /s/ William G. Grantham<br>WILLIAM G. GRANTHAM*<br>Assistant Attorney General<br>Consumer & Environmental Protection Division<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>Telephone: (505) 717-3520<br>E-mail: wgrantham@nmag.gov |
| For the STATE OF NORTH CAROLINA | For the STATE OF OREGON |
| JOSHUA H. STEIN<br>Attorney General of North Carolina | ELLEN F. ROSENBLUM<br>Attorney General of Oregon |
| /s/ Taylor H. Crabtree<br>DANIEL S. HIRSCHMAN<br>Senior Deputy Attorney General<br>TAYLOR H. CRABTREE (*admitted pro hac vice*)<br>Assistant Attorney General<br>ASHER P. SPILLER<br>Assistant Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6400<br>E-mail: tcrabtree@ncdoj.gov<br>E-mail: aspiller@ncdoj.gov | /s/ Paul Garrahan<br>PAUL GARRAHAN (*admitted pro hac vice*)<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: (503) 947-4593<br>E-mail: Paul.garrahan@doj.state.or.us |
| For the STATE OF RHODE ISLAND | For the STATE OF VERMONT |
| PETER F. NERONHA<br>Attorney General of Rhode Island | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| /s/ Alison B. Hoffman<br>ALISON B. HOFFMAN (*admitted pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>E-mail: ahoffman@riag.ri.gov | /s/ Laura B. Murphy<br>LAURA B. MURPHY (*admitted pro hac vice*)<br>Assistant Attorney General<br>Vermont Attorney General's Office<br>Environmental Protection Division<br>109 State Street<br>Montpelier, VT 05609<br>Telephone: (802) 828-3186<br>E-mail: laura.murphy@vermont.gov |

| | | |
|---|---|---|
| 1 | For the COMMONWEALTH OF VIRGINIA | For the STATE OF WISCONSIN |
| 2 | MARK R. HERRING<br>Attorney General of Virginia | JOSHUA L. KAUL<br>Attorney General of Wisconsin |
| 3 | | |
| 4 | /s/ David C. Grandis_____<br>DONALD D. ANDERSON | /s/ Gabe Johnson-Karp_____<br>GABE JOHNSON-KARP (*admitted pro hac vice*) |
| 5 | Deputy Attorney General<br>PAUL KUGELMAN, JR. | Assistant Attorney General<br>Wisconsin Department of Justice |
| 6 | Senior Assistant Attorney General<br>Chief, Environmental Section | Post Office Box 7857<br>Madison, WI 53702-7857 |
| 7 | DAVID C. GRANDIS (*admitted pro hac vice*)<br>Senior Assistant Attorney General | Telephone: (608) 267-8904<br>Fax: (608) 267-2223 |
| 8 | Office of the Attorney General<br>202 North Ninth Street | Email: johnsonkarpg@doj.state.wi.us |
| 9 | Richmond, VA 23219<br>Telephone: (804) 225-2741 | |
| 10 | E-mail: dgrandis@ oag.state.va.us | |

| | |
|---|---|
| For the DISTRICT OF COLUMBIA<br><br>KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>*/S/* BRIAN CALDWELL<br>BRIAN CALDWELL (*admitted pro hac vice*))<br>Assistant Attorney General<br>Social Justice Section<br>Office of the Attorney General for the District of Columbia<br>441 Fourth Street, N.W. Ste. #600-S<br>Washington, D.C. 20001<br>Telephone: (202) 727-6211<br>E-Mail: Brian.Caldwell@Dc.Gov | */S/* MONEEN NASMITH<br>(EMAIL AUTHORIZATION 11/24/2020)<br>MONEEN NASMITH (NY Bar # 4427704)<br>Earthjustice<br>48 Wall Street<br>15th Floor New York, NY 10005<br>mnasmith@earthjustice.org<br>tel: (212) 845-7384<br><br>*Attorneys for Suquamish Tribe, et al.* |

*/S/* ANDREW HAWLEY
(EMAIL AUTHORIZATION 11/24/20)
Andrew Hawley (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

Daniel James Cordalis (CA Bar No. 321722)
Cordalis Law, P.C.
2910 Springer Drive
McKinleyville, California 95519
dcordalislaw@gmail.com
tel: 303-717-4618

Peter M. K. Frost, *appearance pro hac vice*
Sangye Ince-Johannsen, *appearance pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

*Attorneys for Plaintiffs American Rivers, American Whitewater, California Trout, Idaho Rivers United*