UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEAN WATER ACT RULEMAKING.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No.  C 20-04636 WHA<br>No.  C 20-04869 WHA<br>No.  C 20-06137 WHA<br><br>(consolidated)<br><br>**ORDER RE PROPOSED TIMELINE FOR ADMINISTRATIVE RECORD COMPLETION** |

The parties' stipulated schedule for completion of the administrative record and production of a privilege log is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  November 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE