BRADLEY A. BENBROOK (CA 177786)
STEPHEN M. DUVERNAY (CA 250957)
BENBROOK LAW GROUP, P.C.
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for State Intervenors*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT; IDAHO RIVERS UNITED,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No.  3:20-cv-4636-JSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR INTERVENOR STATE OF MONTANA** |

1

NOTICE OF WITHDRAWAL OF COUNSEL

1  **TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      Please take notice that Melissa Schlichting hereby withdraws as an attorney of record for
4  Intervenor State of Montana. Ms. Schlichting requests that she be removed from the Court's service
5  list with respect to this action
6      Hannah E. Tokerud of the Office of the Montana Attorney General remains counsel of record
7  for the State of Montana in this case. All further materials in this case should be directed as follows:

    Hannah E. Tokerud
        *Assistant Attorney General*
    Office of the Attorney General
    215 North Sanders
    P.O. Box 201401
    Helena, MT  59620-1401
    Tel: (406) 444-2026
    Email: hannah.tokerud@mt.gov
    *Counsel for Intervenor State of Montana*

Dated: January 21, 2021				Respectfully submitted,

                                          **BENBROOK LAW GROUP, P.C.**

                                          /s/ Bradley A. Benbrook
                                          _____
                                          BRADLEY A. BENBROOK (CA 177786)
                                          STEPHEN M. DUVERNAY (CA 250957)
                                          BENBROOK LAW GROUP, P.C.
                                          400 Capitol Mall, Suite 2530
                                          Sacramento, CA 95814
                                          Tel: (916) 447-4900
                                          brad@benbrooklawgroup.com
                                          steve@benbrooklawgroup.com