ANDREW HAWLEY (CA Bar No. 229274)
Western Environmental Law Center
1402 3rd Avenue, Ste. 1022
Seattle, Washington 98101
hawley@westernlaw.org
tel: 206-487-7250

JASON R. FLANDERS (CA Bar No. 238007)
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, California 94609
Tel: 916-202-3018
jrf@atalawgroup.com

PETER M. K. FROST, *pro hac vice*
SANGYE INCE-JOHANNSEN, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Ste. 340
Eugene, Oregon 97401
frost@westernlaw.org
sangyeij@westernlaw.org
tel: 541-359-3238 / 541-778-6626

Attorneys for Plaintiffs American Rivers,
American Whitewater, California Trout, Idaho Rivers United

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking | Case No. 3:20-cv-04636-WHA<br>(consolidated)<br><br>**NOTICE OF APPEARANCE AND OF CHANGE IN COUNSEL** |

Pursuant to Civil L.R. 5-1(c)(2)(A) & (C), Plaintiffs American Rivers *et al*. hereby file this notice of appearance and of change in counsel.

Notice of appearance on behalf of Plaintiffs:

Jason R. Flanders (CA Bar No. 238007)
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way

1  Oakland, California 94609
   Tel: 916-202-3018
2  jrf@atalawgroup.com

3  Notice of change in counsel; Mr. Cordalis is no longer counsel in this case:

4  Daniel James Cordalis (CA Bar No. 321722)
5  Cordalis Law, P.C.
   2910 Springer Drive
6  McKinleyville, California 95519
   Tel: 303-717-4618
7  dcordalislaw@gmail.com

8  Date:   March 4, 2021.          Respectfully submitted,

9
                                   */s/ Andrew Hawley*
10                                 Andrew Hawley
                                   Jason R. Flanders
11                                 Peter M. K. Frost
                                   Sangye Ince-Johannsen
12
                                   Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance and Change of Consel was

electronically filed with the Clerk of the Court on March 4, 2021, using the Court's electronic

filing system, which will send notification of said filing to the attorneys of record that have, as

required, registered with the Court's system.

*s/ Andrew Hawley*
Andrew Hawley

Certificate of Service