IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Clean Water Act Rulemaking

This Document Relates to:

ALL ACTIONS

Case No. 3:20-cv-04636-WHA
(consolidated)

[~~PROPOSED~~] ORDER

Based on the unopposed motion of Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA), to hold these proceedings in abeyance, filed April 20, 2021, the Court hereby **ORDERS** that the motion shall be **GRANTED**, and this Court will hold this case in abeyance for 45 days, up to and including June 4, 2021. EPA shall meet and confer with all parties regarding the status of EPA's review by May 21, 2021. EPA shall provide a status report regarding its review of the Certification Rule by June 4, 2021.

**IT IS SO ORDERED.**

Dated: April  21 , 2021.

WILLIAM ALSUP
United States District Court Judge