UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEAN WATER ACT RULEMAKING.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No. C 20-04636 WHA<br>No. C 20-04869 WHA<br>No. C 20-06137 WHA<br><br>(consolidated)<br><br>**ORDER GRANTING MOTION TO CONTINUE TO HOLD PROCEEDINGS IN ABEYANCE** |

Defendants' unopposed motion to continue to hold these proceedings in abeyance until June 18, 2021 is **GRANTED**. EPA shall meet and confer with all parties regarding the status of the litigation and provide a further status report by **JUNE 18, 2021 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 7, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE