UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>   Clean Water Act Rulemaking<br><br>_____<br><br>This Document Relates to:<br><br>   ALL ACTIONS | Case No. 3:20-cv-04636-WHA<br>(consolidated)<br><br>[~~PROPOSED~~] ORDER SETTING<br>BRIEFING SCHEDULE FOR EPA'S<br>MOTION FOR REMAND WITHOUT<br>VACATUR |

Based on the unopposed motion by Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), the Court hereby sets the following schedule for briefing on EPA's motion for remand without vacatur:

   EPA shall file its motion for remand without vacatur of the Certification Rule no later than July 1, 2021;

   Intervenors' support brief(s) shall be due by July 15, 2021;

   Opposition brief(s) shall be due by July 26, 2021;

   EPA's reply brief in support of its motion shall be due by August 12, 2021; and

   Hearing shall be noticed for 8:00 a.m. on August 26, 2021.

**IT IS SO ORDERED.**

Dated:  June _21_, 2021.

_____
WILLIAM ALSUP
United States District Court Judge