1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ROBERT W. FERGUSON
Attorney General of Washington
KELLY T. WOOD (*admitted pro hac vice*)
GABRIELLE GURIAN (*admitted pro hac vice*)
Assistant Attorneys General
Washington Office of the Attorney General
Ecology Division
 2425 Bristol Court SW
 Olympia, Washington  98501
 Telephone:  (360) 586-5109
 E-mail:  Kelly.Wood@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In Re<br><br>Clean Water Act Rulemaking | CASE NO. 20-cv- 04636-WHA<br>(lead consolidated)<br>Applies to all actions<br><br>**[PROPOSED]** **ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION SHORTEN TIME RE: MOTION TO STRIKE PURSUANT TO CIVIL RULE L.R. 6-3** |

The Court, having considered the Intervenor-Defendants' Rule 6-3 motion to shorten time and good cause appearing therefore, as well as Plaintiffs' stipulation and response thereto, hereby **ORDERS**:

1. Intervenor-Defendants' motion to shorten time is **GRANTED**.

2. Intervenor-Defendants motion to strike shall be briefed and heard on the following schedule:

| August 4, 2021 | Filing of Intervenors' motion to strike |
|---|---|
| August 13, 2021 | Deadline to file opposition to motion to strike |

---

[PROPOSED] ORDER (Case No. 4:20-cv-04636-WHA)

| August 19, 2021 | Deadline to file reply in support of motion to strike |
| August 26, 2021, at 12:00 PM via AT&T Conference Line | Consolidated hearing on Defendant's motion to remand and Intervenors' motion to strike. |

Dated:   August 5, 2021

The Honorable William Alsup
UNITED STATES DISTRICT COURT JUDGE