# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

    Clean Water Act Rulemaking

_____

This Document Relates to:

    ALL ACTIONS

Case No. 3:20-cv-04636-WHA (consolidated)

**DECLARATION OF LESLIE M. HILL IN SUPPORT OF EPA's REPLY IN SUPPORT OF EPA's MOTION FOR REMAND WITHOUT VACATUR**

I, Leslie M. Hill, hereby declare as follows:

1.    I am a Trial Attorney for the United States Department of Justice and counsel of record for Defendants United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), in this action. I am admitted to practice in the District of Columbia. Pursuant to Civil L.R. 6-3(a), I make this declaration in support of the EPA's Reply in Support of its Motion for Remand Without Vacatur. I have personal knowledge of the facts herein, and if called upon to testify, I could and would do so.

2.    Attached as Exhibit A is a true and correct copy of an order issued in *S.C. Coastal Conservation League v. EPA*, No. 2:20-cv-03062-BHH (D.S.C.) on August 2, 2021 (Dkt. No. 69).

3.    Attached as Exhibit B is a true and correct copy of the memorandum and order regarding remand issued in *Delaware Riverkeeper Network v. EPA*, No. 2:20-cv-03412-MMB, Memorandum re Remand and Order (E.D. Pa.) on Aug. 6, 2021 (Dkt. No. 74 & 75).

//

//

//

//

//

CASE No. 3:20-cv-04636-WHA
DECLARATION OF LESLIE M. HILL in Support of EPA's REPLY in Support of
EPA's MOTION for REMAND WITHOUT VACATUR

1   I declare under penalty of perjury under the laws of the United States of America, that

2   the foregoing is true and correct. Executed on August 12, 2021, at Washington, D.C.

3

4   /s/ Leslie M. Hill
    LESLIE M. HILL (D.C. Bar No. 476008)

5   U.S. Department of Justice
    Environment & Natural Resources Division

6   Environmental Defense Section
    4 Constitution Square

7   150 M Street, N.E.

8   Suite 4.149
    Washington, D.C. 20002

9   Leslie.Hill@usdoj.gov

10  Telephone (202) 514-0375
    Facsimile (202) 514-8865

11

12  *Attorney for EPA*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28