UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEAN WATER ACT RULEMAKING.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No. C 20-04636 WHA<br>No. C 20-04869 WHA<br>No. C 20-06137 WHA<br><br>(consolidated)<br><br>**ORDER CONTINUING HEARING ON MOTION FOR REMAND** |

The hearing on the pending motion for remand and motion to strike in this matter are hereby **CONTINUED TO SEPTEMBER 30, 2021, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 20, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE