TODD KIM
Assistant Attorney General
VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
ELISABETH H. CARTER (N.Y. Bar No. 5733274)
Elisabeth.Carter@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.1133 (Waldref)/4.149 (Hill)/4.1406 (Carter)
Washington, D. C.  20002
Telephone:   (202) 514-2741 (Waldref)
             (202) 514-0375 (Hill)
             (202) 598-3141 (Carter)
Facsimile: (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-04636-WHA (consolidated)<br><br>**EPA'S REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Federal Rule of Evidence 201, Defendants, the United States Environmental Protection Agency and Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (collectively, "EPA"), request that this Court take judicial notice of two documents related to EPA's pending motion for remand without vacatur (Dkt. No. 143). Under Federal Rule of Evidence 201, "a court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (citation omitted); *Nat. Res. Def. Council v. Pruitt*, No. 16-CV-02184-JST, 2017 WL 5900127, at *2 (N.D. Cal. Nov. 30, 2017) (holding that the court may take judicial notice of public records including "public record[s] downloaded from a public agency's official website") (citation omitted).

Attached as Exhibit A to the Declaration of Elisabeth H. Carter is a joint EPA-Army memorandum on Clean Water Act Section 401 Certification Implementation, issued by Radhika Fox, EPA's Assistant Administrator for the Office of Water, and Jaime Pinkham, the Acting Assistant Secretary of the Army for Civil Works, on August 19, 2021. The entire document is a public record and is available at: https://www.epa.gov/system/files/documents/2021-08/8-19-21-joint-epa-army-memo-on-cwa-401-implementation_508.pdf.

Attached as Exhibit B to the Carter Declaration is an EPA press release, issued on August 20, 2021 and entitled "EPA, Army Take Action to Address Implementation Challenges with 2020 Clean Water Act Section 401 Certification Rule." The entire document is a public record and is available at: https://www.epa.gov/newsreleases/epa-army-take-action-address-implementation-challenges-2020-clean-water-act-section.

EPA respectfully requests that the Court take judicial notice of Exhibits A and B to the attached Carter Declaration.

Respectfully submitted this 23rd day of August 2021.

    TODD KIM
    Assistant Attorney General

/s/ *Elisabeth H. Carter*
ELISABETH H. CARTER (N.Y. Bar No. 5733274)
Elisabeth.Carter@usdoj.gov
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
VANESSA R. WALDREF (D.C. Bar No. 989692)
Vanessa.R.Waldref@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.1133 (Waldref)/4.149 (Hill)/4.1406 (Carter)
Washington, D.C. 20002
Telephone:    (202) 514-2741 (Waldref)
              (202) 514-0375 (Hill)
              (202) 598-3141 (Carter)
Facsimile (202) 514-8865

*Attorneys for Defendants*

Of counsel:
   James Curtin
   Diane McConkey
   Alexander Mullee
   Andrea Priest
   Office of General Counsel
   U.S. Environmental Protection Agency

2