BRADLEY A. BENBROOK (CA 177786)
STEPHEN M. DUVERNAY (CA 250957)
BENBROOK LAW GROUP, P.C.
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for State Intervenors*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re<br><br>CLEAN WATER ACT RULEMAKING | Case No. 3:20-cv-4636-WHA<br><br>Related Case No. 3:20-cv-4869-WHA<br><br>**NOTICE OF WITHDRAWAL**<br>**OF COUNSEL FOR INTERVENOR**<br>**STATE OF MONTANA** |
|---|---|

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Hannah E. Tokerud hereby withdraws as an attorney of record for Intervenor State of Montana. Ms. Tokerud requests that she be removed from the Court's service list with respect to this action.

Kathleen L. Smithgall of the Office of the Montana Attorney General remains counsel of record for the State of Montana in this case. All further materials in this case should be directed as follows:

> Kathleen L. Smithgall
> *Assistant Solicitor General*
> Office of the Attorney General
> State of Montana
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> Tel: (406) 444-2026
> Email: kathleen.smithgall@mt.gov
> *Counsel for Intervenor State of Montana*

Dated: September 27, 2021              Respectfully submitted,

**BENBROOK LAW GROUP, P.C.**

/s/ Stephen M. Duvernay
_____
BRADLEY A. BENBROOK (CA 177786)
STEPHEN M. DUVERNAY (CA 250957)
BENBROOK LAW GROUP, P.C.
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com