# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case No.:** 20-cv-04636-WHA | **Case Name:** In re Clean Water Act Rulemaking | |
|---|---|---|
| **District Judge:** William Alsup | **Date**: September 30, 2021 | **Time:** 22 M |

**Attorneys for Plaintiff American Rivers, American Whitewater, California Trout, Idaho Rivers United):** Sangye Ince-Johnson, Andrew Hawley

**Attorney for Pyramid Lake Pauite Tribe, Suquamish Tribe, Orutsaramiut Native Council, Columbia Riverkeeper, Sierra Club:** Michael Youhana, Moneen Nasmith

**Attorney for Plaintiff State of California:** Tatiana Gauer

**Attorney for CA State Water Resources Control Board:** Bryan Cannon

**Attorneys Plaintiff States:** Brian Lusignan (New York); Annette Quill (Colorado); William Grantham (New Mexico); Kelly Thomas Wood (Washington); Paul Garrahan (Oregon); Taylor Crabtree, Asher Spiller (North Carolina); Katie Armstrong (Nevada); Laura Murphy (Vermont); David Grandis (Virginia); Brian Caldwell (District of Columbia); Jill Lacedonia (Connecticut); Christina Mills (New Jersey); Michael Ireland (Massachusetts)

**Attorney for Defendant:** Leslie Hill, Vanessa Waldref, Elisabeth Carter (EPA)

**Attorney for Defendant Intervenors:** Trey Sibley (Interstate Natural Gas Association & American Petroleum Institute); Misha Tseytlin (National Hydropower Association)

**Attorneys for Intervenor States:** Joseph Scott St. John (Louisiana); Kathleen Smithgall (Montana)

| **Deputy Clerk:** Karen Hom | **Digital Reporter:** AT&T Conference Time: 1:34-1:56 |
|---|---|

## AT&T TELECONFERENCE PROCEEDINGS

1. Motion to Remand [dkt 143] – Submitted
2. Motion to Strike [dkt 148] - Submitted

## ORDERED AFTER HEARING

Motions taken under submission. Intervenors shall file a brief, not to exceed 25 pages, on the Allied Signal Factors by 5:00 PM on Monday, 10/4/2021.

**Order to be prepared by:**
[ ] Plaintiff  [ ] Defendant  [X] Court