UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CLEAN WATER ACT RULEMAKING.

This Document Relates to:

ALL ACTIONS.

No. C 20-04636 WHA
No. C 20-04869 WHA
No. C 20-06137 WHA

(Consolidated)

**FINAL JUDGMENT**

For the reasons stated in the order granting remand with vacatur, Dkt. No. 173, and to ensure appealability, final judgment is hereby entered in favor of plaintiffs and against defendants, intervenors, and intervenor defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 17, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE