1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   In re                                    No.  C 20-04636 WHA

11          CLEAN WATER ACT                    No.  C 20-04869 WHA
            RULEMAKING.                        No.  C 20-06137 WHA
12
     _____
13
     This Document Relates to:                (Consolidated)
14
           ALL ACTIONS.                        **NOTICE RE BRIEFING FOR ANY**
15                                             **MOTION TO STAY PENDING**
     _____         **APPEAL**
16

17          The undersigned judge has learned of an email from Hunton Andrews Kurth LLP to our

18   civil docketing department on behalf of intervenor defendants American Petroleum Institute

19   and Interstate Natural Gas Association of America.  The email seeks information regarding

20   hearing dates and briefing schedules for a motion to stay pending appeal that counsel is

21   considering whether to file.  Counsel specifically asks about how late they can file their motion

22   and still have a hearing scheduled on either December 2 or 16, and whether waiving the filing

23   of a reply brief could ensure a hearing on those dates.  Counsel did not copy any other party's

24   counsel in this *ex parte* communication, which was forwarded from docketing to our

25   courtroom deputy.

26          Significantly, no actual motion has been filed seeking a stay.  Counsel has only sent an

27   inquiry, not a motion.  Under no circumstances would this constitute a stay.  There is no stay of

28   the order remanding and vacating the EPA's certification rule.

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1   No motion having been filed, the present situation is that the rule has been vacated and

2   may be disregarded with impunity.  Note the order in question issued on October 21 and many

3   weeks passed before counsel emailed the Court inquiring about how to seek a stay.

4   If counsel wishes to make such a motion, the deadline to file would be **NOVEMBER 22 AT**

5   **NOON**, with opposition briefing due **NOVEMBER 30 AT NOON**, and a telephonic hearing set for

6   **DECEMBER 2 AT 8:00 A.M.**  No reply briefing.

7

8   Dated:   November 17, 2021.

9

10   _____

11   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28