# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 2, 2021 | **Time:** 8:07 – 8:23 = 16 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-04636-WHA | **Case Name:** In re Clean Water Act Rulemaking | |
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Katherine Sullivan | |

**Attorney for Plaintiff:** Kelly Wood, Moneen Nasmith

**Attorney for Intervenor Defendant(s):** George Sibley, III, Joseph St. John, Sean Dutton, Misha Tseytlin

**Attorney for Defendant (EPA):** Leslie Hill

## PROCEEDINGS

Intervenor Defendants' Motion to Stay Pending Appeal – held by AT&T Teleconference
- Taken Under Submission