```
BRADLEY A. BENBROOK (CA 177786)
STEPHEN M. DUVERNAY (CA 250957)
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, CA 95825
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
```

*Counsel for State Intervenors*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVERS; AMERICAN WHITEWATER; CALIFORNIA TROUT; IDAHO RIVERS UNITED,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No. 3:20-cv-4636-JSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR INTERVENOR STATE OF ARKANSAS** |

1

NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Vincent M. Wagner hereby withdraws as an attorney of record for Intervenor State of Arkansas. Mr. Wagner requests that he be removed from the Court's service list with respect to this action

Solicitor General Nicholas J. Bronni remains counsel of record for the State of Arkansas in this case. All further materials in this case should be directed as follows:

>Nicholas J. Bronni
>   *Solicitor General*
>Office of Arkansas Attorney General Leslie Rutledge
>323 Center Street, Suite 200
>Little Rock, AR 72201
>Tel: (501) 682-2007
>Email: nicholas.bronni@arkansasag.gov
>*Counsel for Intervenor State of Arkansas*

Dated: February 14, 2022              Respectfully submitted,

**BENBROOK LAW GROUP, P.C.**

/s/ Bradley A. Benbrook
_____
BRADLEY A. BENBROOK (CA 177786)
STEPHEN M. DUVERNAY (CA 250957)
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, CA 95825
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com