FILED

FEB 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CLEAN WATER ACT RULEMAKING<br><br>------------------------------<br><br>AMERICAN RIVERS; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants-Appellees,<br><br>NATIONAL HYDROPOWER ASSOCIATION,<br><br>    Intervenor-Defendant,<br><br>STATE OF ARKANSAS; et al.,<br><br>    Intervenors,<br><br> and<br><br>AMERICAN PETROLEUM INSTITUTE; INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA,<br><br>    Intervenor-Defendants-Appellants. | No. 21-16958<br><br>D.C. Nos. 3:20-cv-04636-WHA<br>      3:20-cv-04869-WHA<br>      3:20-cv-06137-WHA<br>Northern District of California, San Francisco<br><br>ORDER |

| | |
|---|---|
| In re: CLEAN WATER ACT RULEMAKING<br><br>------------------------------<br><br>AMERICAN RIVERS; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants-Appellees,<br><br>AMERICAN PETROLEUM INSTITUTE; INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA,<br><br>        Intervenor-Defendants,<br><br>STATE OF ARKANSAS; et al.,<br><br>        Intervenors,<br><br> and<br><br>NATIONAL HYDROPOWER ASSOCIATION,<br><br>        Intervenor-Defendant-Appellant. | No.   21-16960<br><br>D.C. Nos.   3:20-cv-04636-WHA<br>                  3:20-cv-04869-WHA<br>                  3:20-cv-06137-WHA |
| In re: CLEAN WATER ACT RULEMAKING | No.   21-16961 |

| | |
|---|---|
| ------------------------------<br><br>AMERICAN RIVERS; et al.,<br><br>        Plaintiffs-Appellees,<br><br>STATE OF ARKANSAS; et al.,<br><br>        Intervenors-Appellants,<br><br> v.<br><br>ANDREW R. WHEELER; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants-Appellees,<br><br>AMERICAN PETROLEUM INSTITUTE; et al.,<br><br>        Intervenor-Defendants.<br><br> and<br><br>STATE OF ARKANSAS; et al.,<br><br>        Intervenors-Appellants, | D.C. Nos.   3:20-cv-04636-WHA<br>                  3:20-cv-04869-WHA<br>                  3:20-cv-06137-WHA |

Before: CANBY, BERZON, and BENNETT, Circuit Judges.

    The unopposed motion to consolidate these appeals (Docket Entry No. 32 in 21-16958) is granted.  Appeal Nos. 21-16958, 21-16960, and 21-16961 are consolidated.

The motions for a stay of the challenged district court order pending these appeals (Docket Entry No. 20 in 21-16958; Docket Entry No. 14 in 21-16960; Docket Entry No. 26 in 21-16961) are denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Doe #1 v. Trump*, 957 F.3d 1050, 1058 (9th Cir. 2020). Appellants do not demonstrate a sufficient likelihood of irreparable harm to warrant the requested relief.

The motions to dismiss these appeals for lack of jurisdiction (Docket Entry Nos. 27 and 33 in 21-16958) are denied without prejudice to renewing the arguments in the answering brief(s). *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief(s) and excerpts of record are due April 6, 2022. The answering brief(s) are due May 6, 2022. The optional reply brief(s) are due within 21 days after service of the last-served answering brief. All parties on a side are encouraged to join in a single brief to the extent practicable. *See* 9th Cir. R. 32-2 circuit advisory committee note.