UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLEAN WATER ACT RULEMAKING.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No. C 20-04636 WHA<br>No. C 20-04869 WHA<br>No. C 20-06137 WHA<br><br>(Consolidated)<br><br>**ADDITIONAL QUESTIONS FOR REQUESTED BRIEFING** |

In the requested briefing, please also answer the following questions:

1. In consideration of the potential expedited summary judgment schedule (*see* Dkt. No. 220), specify the projects of concern (involving both new applications and renewal applications) that are likely to be approved between the time a ruling could be made on the merits and the time the proposed new rule is expected to go into effect.

2. How exactly would a merits ruling make a practical difference in terms of the objecting states' ability to stop the approval of these applications? How exactly would a merits ruling improve objecting states' chances of stopping the approval of these applications that would not result under the proposed new rule?

3. Please list all of the agencies that are responsible for approving these applications.

4. For each project identified in response to the first question, what exactly are the point sources of pollution and environmental harm?

5. How exactly does damming a river cause environmental harm? Please be specific and cite to peer-reviewed studies based on data from our established dam system in the United States.

6. Would more hydropower reduce our dependence on fossil fuels? Could it help in periods of drought?

7. Does any state seek to stop any project on any river that flows only through states other than itself?

The parties shall now have up to **FIFTEEN PAGES** for their briefs, which are now due on **TUESDAY, JUNE 27, at NOON.**

**IT IS SO ORDERED.**

Dated: June 22, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE