1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-04636-WHA (consolidated)<br><br>**DEFENDANTS EPA's, ET AL. CLARIFICATION IN RESPONSE TO PLAINTIFFS' ECF NO. 244** |

1    Defendants the Environmental Protection Agency (the "Agency"), et al., submit the

2  following clarification in response to Plaintiffs' Response to Update and Request for Information

3  and Additional Questions for Requested Briefing, ECF No. 224.

4    The Agency wishes to clarify the applicability of the forthcoming Final 2023 Rule to

5  ongoing certification actions, as this topic was raised by Plaintiffs in their Response.  Although

6  the Final 2023 Rule has not been finalized, in the interest of candor to the Court and the parties,

7  the Agency here clarifies its expectation that, generally, all actions taken as part of the section

8  401 certification process as of the effective date of the forthcoming Final 2023 Rule will need to

9  comply with that Final Rule, rather than the 2020 Rule. *See* Frazer Decl. ¶ 3.  *Contra* Plaintiffs'

10  Response at 6,10, 13.

11

12  Respectfully submitted,

13  Date: June 29, 2023

14

15                                        TODD KIM
                                          Assistant Attorney General
16

17

18                                        /s/ *Elisabeth Carter*

                                          ELISABETH H. CARTER (N.Y. Bar No. 5733274)
19                                        Elisabeth.Carter@usdoj.gov
                                          U.S. Department of Justice
20                                        Environment & Natural Resources Division
                                          Environmental Defense Section
21                                        4 Constitution Square
                                          150 M Street, N.E.
22                                        Suite 4.1406
                                          Washington, D.C.  20002
23                                        Telephone: (202) 514-0286
24

25                                        *Attorneys for Defendants*

26

27

28                                        1