**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking | Case No. 3:20-cv-04869<br>(Consolidated)<br><br>Declaration of Brian Frazer |

I, Brian Frazer, declare that the following statements are true and correct to the best of my knowledge and belief and are based on my personal knowledge or information supplied to me by employees of the Environmental Protection Agency ("EPA").

1.   I am the Director of the Office of Wetlands, Oceans and Watersheds within the Office of Water for the U.S. Environmental Protection Agency.

2.   In this declaration, I will be offering testimony based on my personal knowledge or information supplied to me by EPA employees about EPA's forthcoming Final 2023 CWA Section 401 Certification Rule (the "Final 2023 Rule").

3.   Although the Final 2023 Rule has not been finalized, the Agency generally expects that all actions taken as part of the section 401 certification process as of the effective date of the forthcoming Final 2023 Rule will need to comply with that Final Rule, rather than the 2020 CWA Section 401 Certification Rule.

In witness whereof, I have signed this statement on June 29, 2023, at Washington, D.C.

_____
Brian Frazer
Office Director, Wetlands, Oceans & Watersheds
Office of Water
U.S. Environmental Protection Agency
Washington, D.C.