1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>Clean Water Act Rulemaking<br><br>—————————————<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-04636-WHA (consolidated)<br><br>**NOTICE OF LODGING OF CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD** |

1  Defendants, in accordance with the Court's Order dated June 29, 2023, ECF No. 146, hereby

2  lodge the certified index of documents comprising the administrative record for the rule that is

3  the subject of this lawsuit, entitled the Clean Water Act Section 401 Certification Rule, 85 Fed.

4  Reg. 42,210 (July 13, 2020).  The certified index to the administrative record is attached to this

5  notice as Attachment 1.  Pursuant to an order of the district court dated November 12, 2020, ECF

6  No. 108, and paragraph 1 of the stipulation between the parties, ECF No. 115, EPA

7  supplemented the administrative record with the documents listed in the attached Supplemental

8  Index (Attachment 2).  In a joint filing submitted August 18, 2023, ECF No. 229, the parties

9  agreed that the record is complete, and no further supplementation is warranted.

10

11 Respectfully submitted,

12 Date: November 6, 2023

13

14                                     TODD KIM
                                       Assistant Attorney General
15

16                                        /s/ *Elisabeth H. Carter*
                                       _____
17                                     ELISABETH H. CARTER (N.Y. Bar No. 5733274)
                                       Elisabeth.Carter@usdoj.gov
18                                     U.S. Department of Justice
                                       Environment & Natural Resources Division
19                                     Environmental Defense Section
                                       4 Constitution Square
20                                     150 M Street, N.E.
                                       Suite 4.1406
21                                     Washington, D.C.  20002
                                       Telephone: (202) 514-0286
22

23                                     *Attorneys for Defendants*

24

25

26

27

28